■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MORENO, Appellant. [755 NYS2d 868] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered April 6, 2000, convicting him of robbery in the first degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We disagree with the defendant's contention that the trial court erred in admitting a detective's hearsay testimony concerning a codefendant, since the testimony was admitted to demonstrate how the police investigation evolved (*see People v Simpson,* 256 AD2d 205, 206 [1998]). Moreover, the defendant's contention that the admission of the detective's testimony violated his right to confront the witnesses against him is not preserved for appellate review (*see People v Alvarado,* 294 AD2d 155, 156 [2002]; *People v Hughes,* 251 AD2d 513 [1998]), and we decline to review it in the exercise of our interest of justice jurisdiction. Prudenti, P.J., Ritter, Krausman and Schmidt, JJ., concur.